Summons in a Civil Action (Rev 11/97)

# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

FILED 08 MAY 30 AM 10: 38
CLERK, U.S. DISTRICT
SOUTHERN DISTRICT OF CAL.
  BY: ECL  DEPUTY

STEADFAST INSURANCE COMPANY, a Delaware corporation

vs

SOUTHWESTERN EQUIPMENT, LLC, a California limited liability company

**SUMMONS IN A CIVIL ACTION**
Case No.   ECL

'08 CV 0959 JAH LSP

TO: (Name and Address of Defendant)

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

Larry M. Golub (110545)/Vivian I. Orlando (213833)
BARGER & WOLEN LLP, 633 West Fifth Street, 47th Floor
Los Angeles, California 90071
Telephone No. (213) 680-2800/Fax: (213) 614-7399

An answer to the complaint which is herewith served upon you, within __20__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

W. Samuel Hamrick, Jr.     5/30/08
CLERK                       DATE

By B. LLOYD   Deputy Clerk

Summons in a Civil Action

Page 1 of 2

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

COPY

