1 | Larry M. Golub (110545), lgolub@barwol.com
Vivian I. Orlando (213833), vorlando@barwol.com
2 | BARGER & WOLEN LLP
633 West Fifth Street, 47th Floor
3 | Los Angeles, California 90071
Telephone: (213) 680-2800
4 | Facsimile: (213) 614-7399

5

Attorneys for Plaintiff
6 | Steadfast Insurance Company

7

FILED

08 MAY 30  AM 10: 32

CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: ECC          DEPUTY

8

## UNITED STATES DISTRICT COURT

9

## SOUTHERN DISTRICT OF CALIFORNIA

10

11 | **STEADFAST INSURANCE COMPANY**, a
Delaware corporation,

12                        Plaintiff,

13

14       vs.

15 | **SOUTHWESTERN EQUIPMENT, LLC**, a
California limited liability company,

16                        Defendant.

17

CASE NO: **08 CV 0959 JAH LSP**

**PLAINTIFF STEADFAST INSURANCE
COMPANY'S CORPORATE
DISCLOSURE STATEMENT**

**[Federal Rule Civil Procedure 7.1]**

18

19

20

21

22

23

24

25

26

27

28

ORIGINAL

BARGER & WOLEN LLP
633 W. FIFTH ST.
FORTY-SEVENTH FLOOR
LOS ANGELES, CA 90071
(213) 680-2800

i:\office9\9985\054\08pleadings\corporate disclosure statement.doc

CR

1   TO THE COURT, DEFENDANT AND ITS COUNSEL OF RECORD:

2

3   The undersigned, counsel of record for Plaintiff hereby makes the following disclosure

4   statement pursuant to Federal Rule of Civil Procedure 7.1:

5

6   • Plaintiff Steadfast Insurance Company is a Delaware corporation and is a wholly

7   owned subsidiary of Zurich American Insurance Company, a New York corporation.

8   Zurich American Insurance Company is a wholly owned subsidiary of Zurich Holding

9   Company of America, Inc., a Delaware corporation. Zurich Holding Company of

10   America, Inc. is a 99.8711% owned subsidiary of Zurich Insurance Company, a Swiss

11   corporation. (The remaining 0.1289% is owned by ZGA US Limited.) Zurich

12   Insurance Company is a wholly owned subsidiary of Zurich Group Holding, a Swiss

13   corporation. Zurich Group Holding is owned 43% by Allied Zurich p.l.c and 57% by

14   Zurich Financial Services. Allied Zurich p.l.c. is a wholly owned subsidiary of Zurich

15   Financial Services. Zurich Financial Services is the only publicly traded parent

16   company, with a primary listing on the Swiss stock exchange and a secondary listing

17   on the London stock exchange, and a further trading of American Depositary Receipts.

18

19   Dated: May 28, 2008                    BARGER & WOLEN LLP

20

21                                          By: _____

22                                          LARRY M. GOLUB
                                            VIVIAN I. ORLANDO
23                                          Attorneys for Plaintiff Steadfast
                                            Insurance Company

24

25

26

27

28