```
 1  Larry M. Golub (110545), lgolub@barwol.com
    Vivian I. Orlando (213833), vorlando@barwol.com
 2  BARGER & WOLEN LLP
    633 West Fifth Street, 47th Floor
 3  Los Angeles, California 90071
    Telephone: (213) 680-2800
 4  Facsimile: (213) 614-7399
 5
    Attorneys for Plaintiff
 6  Steadfast Insurance Company
 7
```

FILED
08 MAY 30 AM 10: 32
CLERK, U.S. DISTRICT
SOUTHERN DISTRICT OF CA...
BY: EG    DEPUTY

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEADFAST INSURANCE COMPANY, a Delaware corporation,<br><br>Plaintiff,<br><br>vs.<br><br>SOUTHWESTERN EQUIPMENT, LLC, a California limited liability company,<br><br>Defendant. | CASE NO.: '08 CV 0959 JAH LSP<br><br>PLAINTIFF STEADFAST INSURANCE COMPANY'S NOTICE OF PARTY WITH FINANCIAL INTEREST<br><br>[Southern District Local Civil Rule 40.2] |

BARGER & WOLEN LLP
633 W. FIFTH ST.
FORTY-SEVENTH FLOOR
LOS ANGELES, CA 90071
(213) 680-2800

i:\office9\9985\054\08pleadings\ntc of financial interest.doc

TO THE COURT, DEFENDANT AND ITS COUNSEL OF RECORD:

Pursuant to Southern District Local Civil Rule 40.2, Plaintiff Steadfast Insurance Company hereby makes the following disclosure of parties with a financial interest:

- Plaintiff Steadfast Insurance Company is a Delaware corporation and is a wholly owned subsidiary of Zurich American Insurance Company, a New York corporation. Zurich American Insurance Company is a wholly owned subsidiary of Zurich Holding Company of America, Inc., a Delaware corporation. Zurich Holding Company of America, Inc. is a 99.8711% owned subsidiary of Zurich Insurance Company, a Swiss corporation. (The remaining 0.1289% is owned by ZGA US Limited.) Zurich Insurance Company is a wholly owned subsidiary of Zurich Group Holding, a Swiss corporation. Zurich Group Holding is owned 43% by Allied Zurich p.l.c and 57% by Zurich Financial Services. Allied Zurich p.l.c. is a wholly owned subsidiary of Zurich Financial Services. Zurich Financial Services is the only publicly traded parent company, with a primary listing on the Swiss stock exchange and a secondary listing on the London stock exchange, and a further trading of American Depositary Receipts.

Dated: May 29, 2008

BARGER & WOLEN LLP

By: _____
LARRY M. GOLUB
VIVIAN I. ORLANDO
Attorneys for Plaintiff Steadfast
Insurance Company

BARGER & WOLEN LLP
633 W. FIFTH ST.
FORTY-SEVENTH FLOOR
LOS ANGELES, CA 90071
(213) 680-2800