1 Larry M. Golub (110545),
lgolub@barwol.com
2 Vivian I. Orlando (213833),
vorlando@barwol.com
3 BARGER & WOLEN LLP
633 West Fifth Street, 47th Floor
4 Los Angeles, California 90071
Telephone: (213) 680-2800
5 Facsimile: (213) 614-7399

6 Attorneys for Plaintiff
Steadfast Insurance Company
7

8 UNITED STATES DISTRICT COURT

9 SOUTHERN DISTRICT OF CALIFORNIA

10

11 STEADFAST INSURANCE ) CASE NO.: 08 CV 0959 JAH LSP
COMPANY, a Delaware corporation, )
12 ) **PROOF OF SERVICE OF (1)**
Plaintiff, ) **SUMMONS IN A CIVIL ACTION;**
13 ) **(2) COMPLAINT; (3) PLAINTIFF**
vs. ) **STEADFAST INSURANCE**
14 ) **COMPANY'S CORPORATE**
SOUTHWESTERN EQUIPMENT, ) **DISCLOSURE STATEMENT; (4)**
15 LLC, a California limited liability ) **PLAINTIFF STEADFAST**
company,, ) **INSURANCE COMPANY'S**
16 ) **NOTICE OF PARTY WITH**
Defendant. ) **FINANCIAL INTEREST**
17 )
)
18 ) Complaint Filed: May 30, 2008
)
19

BARGER & WOLEN LLP
633 W. FIFTH ST.
FORTY-SEVENTH FLOOR
LOS ANGELES, CA 90071
(213) 680-2800

i:\office9\9985\054\08pleadings\pos of complaint.doc

| Attorney or Party without Attorney:<br>LARRY M. GOLUB, Bar #110545<br>BARGER & WOLEN LLP<br>633 WEST FIFTH STREET<br>47TH FLOOR<br>LOS ANGELES, CA 90071<br>Telephone No: 213-680-2800   FAX No: 213-614-7399 | For Court Use Only: |
|---|---|
| Ref. No. or File No.: | |
| Attorney for: Plaintiff | |
| Insert name of Court, and Judicial District and Branch Court:<br>U.S. DISTRICT COURT-SOUTHERN DISTRICT OF CALIFORNIA | |
| Plaintiff: STEADFAST INSURANCE COMPANY, ETC. | |
| Defendant: SOUTHWESTERN EQUIPMENT, LLC, ETC. | |

| PROOF OF SERVICE<br>SUMMS IN CIV. ACTION | Hearing Date: | Time: | Dept/Div: | Case Number:<br>08CV0959 JAH LSP |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the SUMMONS IN A CIVIL ACTION; COMPLAINT; PLAINTIFF STEADFAST INSURANCE COMPANY'S CORPORATE DISCLOSURE STATEMENT; PLAINTIFF STEADFAST INSURANCE COMPANY'S NOTICE OF PARTY WITH FINANCIAL INTEREST

3. a. Party served: SOUTHWESTERN EQUIPMENT, LLC, A CALIFORNIA LIMITED LIABILITY COMPANY
   b. Person served: LYNETTE GRENINGER, AGENT AUTHORIZED TO ACCEPT SERVICE. SERVED UNDER F.R.C.P. RULE 4.

4. Address where the party was served: 5520 WELLESLEU ST.
   #100
   LA MESA, CA 91942

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on: Wed., Jun. 25, 2008 (2) at: 2:59PM

7. **Person Who Served Papers:**
   a. MARQUES COMPTON

   First Legal Support Services℠
   ATTORNEY SERVICES
   1111 6TH AVENUE, SUITE 204
   San Diego, CA 92101
   (619) 231-9111, FAX (619) 231-1361

   Recoverable Cost Per CCP 1033.5(a)(4)(B)
   d. *The Fee for Service was:*
   e. I am: (3) registered California process server
      (i) Independent Contractor
      (ii) Registration No.: 1405
      (iii) County: San Diego

8. *I declare under penalty of perjury under the laws of the State of California and under the laws of the United States Of America that the foregoing is true and correct.*
   Date: Mon, Jun. 30, 2008

Judicial Council Form
Rule 2.150.(a)&(b) Rev January 1, 2007

PROOF OF SERVICE
SUMMS IN CIV. ACTION

(MARQUES COMPTON)
4125159.largo.142825