1  Larry M. Golub (110545), lgolub@barwol.com
   Vivian I. Orlando (213833), vorlando@barwol.com
2  BARGER & WOLEN LLP
   633 West Fifth Street, 47th Floor
3  Los Angeles, California 90071
   Telephone: (213) 680-2800
4  Facsimile: (213) 614-7399

5  Attorneys for Plaintiff
   Steadfast Insurance Company
6

7

8             UNITED STATES DISTRICT COURT

9             SOUTHERN DISTRICT OF CALIFORNIA

10

11 | STEADFAST INSURANCE COMPANY, a ) | CASE NO.: 08 CV 0959 JAH LSP
   | Delaware corporation,          ) |
12 |                                ) | PLAINTIFF STEADFAST INSURANCE
   |         Plaintiff,             ) | COMPANY'S REQUEST TO THE CLERK
13 |                                ) | TO ENTER DEFAULT
   |   vs.                          ) |
14 |                                ) | [FRCP 55(a)]
   | SOUTHWESTERN EQUIPMENT, LLC, a ) |
15 | California limited liability company, ) | Complaint Filed:  May 30, 2008
   |                                ) |
16 |         Defendant.             ) | [Declaration of Larry M. Golub filed
   |                                ) | concurrently in support]
17 |_____) |

BARGER & WOLEN LLP
633 W. FIFTH ST.
FORTY-SEVENTH FLOOR
LOS ANGELES, CA 90071
(213) 680-2800

i:\office9\9985\054\08pleadings\request4entry of default.doc

08 CV 0959 JAH LSP

**TO THE CLERK OF THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF CALIFORNIA:**

Plaintiff Steadfast Insurance Company ("Steadfast") hereby requests that the Clerk of the above-entitled court enter default in this matter against Defendant Southwestern Equipment, L.L.C. ("Southwestern") on the grounds that Southwestern has not filed a response to Steadfast's Complaint within the time mandated under Federal Rule of Civil Procedure 12(a)(1)(A)(i).

Steadfast personally served the Summons and Complaint on Southwestern on June 25, 2008, as evidenced by the Proof of Service on file with this Court. As further indicated on the Proof of Service on file with this Court, Southwestern was served in compliance with California Code of Civil Procedure Section 415.10, and as permitted under Federal Rule of Civil Procedure 4(e)(C). Southwestern, therefore, is in default as evidenced by the documents on file with this Court, and as provided in the concurrently filed Declaration of Larry M. Golub.

Dated: August 11, 2008

BARGER & WOLEN LLP

By: _____
LARRY M. GOLUB
VIVIAN I. ORLANDO
Attorneys for Plaintiff Steadfast
Insurance Company

BARGER & WOLEN LLP
633 W. FIFTH ST.
FORTY-SEVENTH FLOOR
LOS ANGELES, CA 90071
(213) 680-2800

-1-                                    08 CV 0959 JAH LSP

Larry M. Golub (110545), lgolub@barwol.com
Vivian I. Orlando (213833), vorlando@barwol.com
BARGER & WOLEN LLP
633 West Fifth Street, 47th Floor
Los Angeles, California 90071
Telephone: (213) 680-2800
Facsimile: (213) 614-7399

Attorneys for Plaintiff
Steadfast Insurance Company

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEADFAST INSURANCE COMPANY, a Delaware corporation,<br><br>Plaintiff,<br><br>vs.<br><br>SOUTHWESTERN EQUIPMENT, LLC, a California limited liability company,<br><br>Defendant. | CASE NO.: 08 CV 0959 JAH LSP<br><br>**DECLARATION OF LARRY M. GOLUB IN SUPPORT OF PLAINTIFF STEADFAST INSURANCE COMPANY'S REQUEST TO THE CLERK TO ENTER DEFAULT**<br><br>[FRCP 55(a)]<br><br>Complaint Filed: May 30, 2008<br><br>[Request to the Clerk to Enter Default filed concurrently] |

BARGER & WOLEN LLP
633 W. FIFTH ST.
FORTY-SEVENTH FLOOR
LOS ANGELES, CA 90071
(213) 680-2800

i:\office9\9985\054\08pleadings\request4entry of default - lmg decl.doc

08 CV 0959 JAH LSP

# DECLARATION OF LARRY M. GOLUB

I, Larry M. Golub, declare:

1. I am an attorney admitted to practice law in the State of California and I am partner at the law firm of Barger & Wolen LLP, attorneys of record for Plaintiff Steadfast Insurance Company ("Steadfast"). I am the attorney with primary responsibility for the handling of this action. I have personal knowledge of the matters set forth below, and if called as a witness, could and would competently testify thereto.

2. On May 30, 2008, Steadfast filed its Complaint for (1) Breach of Contract; (2) Account Stated; and (3) Money Had and Received against Defendant Southwestern Equipment, L.L.C. ("Southwestern").

3. The Summons and Complaint were personally served on Southwestern on June 25, 2008, a true and correct copy of the Proof of Service, filed with the Court on June 30, 2008, is attached hereto as Exhibit "A."

4. To my knowledge, to date, no response has been filed with the Court by Southwestern and Southwestern has not appeared in this action.

I declare under penalty of perjury under the laws of the United States and the State of California, that the foregoing is true and correct.

Executed this 11th day of August, 2008, at Los Angeles, California.

_____
LARRY M. GOLUB

BARGER & WOLEN LLP
633 W. FIFTH ST.
FORTY-SEVENTH FLOOR
LOS ANGELES, CA 90071
(213) 680-2800

-1-                                        08 CV 0959 JAH LSP

# EXHIBIT A

## TO DECLARATION OF LARRY M. GOLUB

1 | Larry M. Golub (110545),
    lgolub@barwol.com
2 | Vivian I. Orlando (213833),
    vorlando@barwol.com
3 | BARGER & WOLEN LLP
    633 West Fifth Street, 47th Floor
4 | Los Angeles, California 90071
    Telephone: (213) 680-2800
5 | Facsimile: (213) 614-7399

6 | Attorneys for Plaintiff
    Steadfast Insurance Company
7

8 | UNITED STATES DISTRICT COURT

9 | SOUTHERN DISTRICT OF CALIFORNIA

10

| | |
|---|---|
| 11  STEADFAST INSURANCE COMPANY, a Delaware corporation,  12             Plaintiff,  13        vs.  14  SOUTHWESTERN EQUIPMENT, 15  LLC, a California limited liability company,,  16             Defendant.  17  18 | CASE NO.: 08 CV 0959 JAH LSP  PROOF OF SERVICE OF (1) SUMMONS IN A CIVIL ACTION; (2) COMPLAINT; (3) PLAINTIFF STEADFAST INSURANCE COMPANY'S CORPORATE DISCLOSURE STATEMENT; (4) PLAINTIFF STEADFAST INSURANCE COMPANY'S NOTICE OF PARTY WITH FINANCIAL INTEREST  Complaint Filed: May 30, 2008 |

BARGER & WOLEN LLP
633 W. FIFTH ST.
FORTY-SEVENTH FLOOR
LOS ANGELES, CA 90071
(213) 680-2800

i:\office9\9985\054\08pleadings\pos of complaint.doc

3

EXHIBIT A

| Attorney or Party without Attorney:<br>LARRY M. GOLUB, Bar #110545<br>BARGER & WOLEN LLP<br>633 WEST FIFTH STREET<br>47TH FLOOR<br>LOS ANGELES, CA 90071<br>Telephone No: 213-680-2800   FAX No: 213-614-7399 | For Court Use Only: |
|---|---|
| Ref. No. or File No.: | |
| Attorney for: Plaintiff | |
| Insert name of Court, and Judicial District and Branch Court:<br>U.S. DISTRICT COURT-SOUTHERN DISTRICT OF CALIFORNIA | |
| Plaintiff: STEADFAST INSURANCE COMPANY, ETC. | |
| Defendant: SOUTHWESTERN EQUIPMENT, LLC, ETC. | |

| PROOF OF SERVICE<br>SUMMS IN CIV. ACTION | Hearing Date: | Time: | Dept Div: | Case Number:<br>08CV0959 JAH LSP |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the SUMMONS IN A CIVIL ACTION; COMPLAINT; PLAINTIFF STEADFAST INSURANCE COMPANY'S CORPORATE DISCLOSURE STATEMENT; PLAINTIFF STEADFAST INSURANCE COMPANY'S NOTICE OF PARTY WITH FINANCIAL INTEREST

3. a. Party served: SOUTHWESTERN EQUIPMENT, LLC, A CALIFORNIA LIMITED LIABILITY COMPANY
   b. Person served: LYNETTE GRENINGER, AGENT AUTHORIZED TO ACCEPT SERVICE. SERVED UNDER F.R.C.P. RULE 4.

4. Address where the party was served: 5520 WELLESLEU ST.
   #100
   LA MESA, CA 91942

5. I served the party:
   a. by personal service. I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on: Wed., Jun. 25, 2008 (2) at: 2:59PM

7. Person Who Served Papers:
   a. MARQUES COMPTON

   First Legal Support Services
   ATTORNEY SERVICES
   1111 6TH AVENUE, SUITE 204
   San Diego, CA 92101
   (619) 231-9111, FAX (619) 231-1361

   Recoverable Cost Per CCP 1033.5(a)(4)(B)
   d. The Fee for Service was:
   e. I am: (3) registered California process server
      (i) Independent Contractor
      (ii) Registration No.: 1405
      (iii) County: San Diego

8. I declare under penalty of perjury under the laws of the State of California and under the laws of the United States Of America that the foregoing is true and correct.
   Date: Mon, Jun. 30, 2008

Judicial Council Form
Rule 2.150.(a)&(b) Rev January 1, 2007

PROOF OF SERVICE
SUMMS IN CIV. ACTION

(MARQUES COMPTON)
4125159.largo.142825

4