# United States District Court
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Steadfast Insurance Company<br><br>                                              Plaintiff,<br><br>vs<br><br>Southwestern Equipment, LLC<br><br>                                              Defendant, | Civil No.   08CV0959-JAH(LSP)<br><br>DEFAULT |

It appears from the records in the above entitled action that Summons issued on the Original Complaint filed on 05/30/08 has been regularly served upon each of the Defendants hereinafter named; and it appears from the affidavit of counsel for Plaintiff and the records herein that each of the Defendants has failed to plead or otherwise defend in said action as required by said Summons and provided by the Federal Rules of Civil Procedure.  Now, therefore, on request of counsel for Plaintiff, the DEFAULT of each of the following Defendants is hereby entered.

Southwestern Equipment, LLC.

**Entered On:**   August 12, 2008                     W. SAMUEL HAMRICK, JR., CLERK

                                                          By:        s/J. Petersen
                                                                          , Deputy