Larry M. Golub (110545), lgolub@barwol.com
Vivian I. Orlando (213833), vorlando@barwol.com
BARGER & WOLEN LLP
633 West Fifth Street, 47th Floor
Los Angeles, California 90071
Telephone: (213) 680-2800
Facsimile: (213) 614-7399

Attorneys for Plaintiff
Steadfast Insurance Company

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **STEADFAST INSURANCE COMPANY**, a Delaware corporation,<br><br>Plaintiff,<br><br>vs.<br><br>**SOUTHWESTERN EQUIPMENT, LLC**, a California limited liability company,<br><br>Defendant. | **CASE NO.: 08 CV 0959 JAH LSP**<br><br>**THE PARTIES' JOINT STIPULATION TO SET ASIDE THE ENTRY OF DEFAULT AGAINST DEFENDANT SOUTHWESTERN EQUIPMENT, LLC**<br><br>[Filed concurrently with Order and Proof of Service]<br><br>Complaint Filed: May 30, 2008 |

BARGER & WOLEN LLP
633 W. FIFTH ST.
FORTY-SEVENTH FLOOR
LOS ANGELES, CA 90071
(213) 680-2800

i:\office9\9985\054\08pleadings\stip 2 set aside default.doc

08 CV 0959 JAH LSP

Plaintiff Steadfast Insurance Company ("Steadfast") and Defendant Southwestern Equipment, LLC ("Southwestern"), by and through their respective counsel of record, hereby submit the following Joint Stipulation ("Stipulation"):

**RECITALS**

By this Stipulation, the Parties hereby seek to have the entry of default set aside, so that the case may proceed on its merits. The Parties believe that good cause exists for granting this Stipulation for the following reasons:

1. Steadfast filed this action on May 30, 2008 and sought to effect service of the Summons, Complaint and the other documents filed initially with the Court on Southwestern's registered agent for service of process on June 25, 2008.

2. Not receiving any response to the service of the above documents within the time mandated under Federal Rule of Civil Procedure 12(a)(1)(A)(i), Steadfast filed a Request to Enter Default against Southwestern on August 11, 2008, which Default was entered by the Court Clerk on August 12, 2008.

3. On August 22, 2008, still not having been contacted by Southwestern or any counsel for Southwestern, and not seeing any response to the Complaint or the Entry of Default on the Court's docket, Steadfast filed its Application For Default Judgment By Clerk, which, as of the date of this Stipulation, is still pending.

4. On September 2, 2008, counsel for Southwestern first contacted counsel for Steadfast and advised that there had been some miscommunication or misdirection of documents on the part of Southwestern, and that counsel for Southwestern would be seeking to set aside the default unless counsel for Steadfast was amenable to stipulating to the setting aside of the default. Counsel for Southwestern also advised that he was ready to file an immediate answer to the

Complaint.

5. Counsel for Southwestern contends that there was excusable neglect on the part of Southwestern or its counsel for the failure to timely file an answer to the Complaint and that Southwestern possesses a good and meritorious defense to the claims for relief set forth in the Complaint.

6. Counsel for Steadfast has agreed to join in a stipulation to set aside the default, and this present Stipulation is the result of that agreement.

7. The parties have agreed that Southwestern will file an answer to the Complaint within five (5) calendar days of the signing of this Stipulation and have also agreed to meet in the immediate future to see if they can resolve this present action between themselves or with the assistance of the magistrate assigned to this case.

**PARTIES' STIPULATION**

**WHEREFORE**, by this Stipulation, the Parties hereby seek and stipulate, subject to Court approval, that the Default entered in this action be set aside, that Southwestern be directed to file an answer to the Complaint within five (5) calendar days of the signing of this Stipulation, and that this action proceed on its merits.

Dated: September 4, 2008

BARGER & WOLEN LLP

By: [signature]
LARRY M. GOLUB
VIVIAN I. ORLANDO
Attorneys for Plaintiff
Steadfast Insurance Company

BARGER & WOLEN LLP
633 W. FIFTH ST.
FORTY-SEVENTH FLOOR
LOS ANGELES, CA 90071
(213) 680-2800

Dated: September 4, 2008

TURNER & MAASCH, INC.

By: ______________________
JOHN M. TURNER
Attorneys for Defendant
Southwestern Equipment, LLC

BARGER & WOLEN LLP
633 W. FIFTH ST.
FORTY-SEVENTH FLOOR
LOS ANGELES, CA 90071
(213) 680-2800

Larry M. Golub (110545), lgolub@barwol.com
Vivian I. Orlando (213833), vorlando@barwol.com
BARGER & WOLEN LLP
633 West Fifth Street, 47th Floor
Los Angeles, California 90071
Telephone: (213) 680-2800
Facsimile: (213) 614-7399

Attorneys for Plaintiff
Steadfast Insurance Company

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

**STEADFAST INSURANCE COMPANY**, a Delaware corporation,

Plaintiff,

vs.

**SOUTHWESTERN EQUIPMENT, LLC**, a California limited liability company,,

Defendant.

**CASE NO.: 08 CV 0959 JAH LSP**

**PROOF OF SERVICE OF:**

**(1) THE PARTIES' JOINT STIPULATION TO SET ASIDE THE ENTRY OF DEFAULT AGAINST DEFENDANT SOUTHWESTERN EQUIPMENT, LLC; AND**
**(2) ORDER SETTING ASIDE THE ENTRY OF DEFAULT AGAINST DEFENDANT SOUTHWESTERN EQUIPMENT, LLC**

Complaint Filed: May 30, 2008

BARGER & WOLEN LLP
633 W. FIFTH ST.
FORTY-SEVENTH FLOOR
LOS ANGELES, CA 90071
(213) 680-2800

i:\office9\9985\054\08pleadings\joint stipulation re default - proof.doc

**08 CV 0959 JAH LSP**

PROOF OF SERVICE

***Steadfast Insurance Company v. Southwestern Equipment, LLC***

**USDC-SD Case No.: 08 CV 0959 JAH LSP**

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is: Barger & Wolen LLP, 633 West Fifth Street, 47th Floor, Los Angeles, California 90071-2043.

On **September 4, 2008**, I served the foregoing document(s) described as follows on the interested parties in this action by placing [ ] the original [x] a true copy thereof enclosed in sealed envelope addressed as stated in the attached mailing list.

**(1) THE PARTIES' JOINT STIPULATION TO SET ASIDE THE ENTRY OF DEFAULT AGAINST DEFENDANT SOUTWESTERN EQUIPMENT, LLC; and**

**(2) ORDER SETTING ASIDE THE ENTRY OF DEFAULT AGAINST DEFENDANT SOUTHWESTERN EQUIPMENT, LLC**

[X] **BY MAIL**

[X] I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with U.S. Postal Service on that same day with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postage cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

[ ] **BY FACSIMILE**

[ ] By transmitting an accurate copy via facsimile to the person and telephone number as listed on the attached service list.

[X] **(FEDERAL)** I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made. Executed at Los Angeles, California on **September 4, 2008**.

NAME: ANITA VARELA

______________________________
(Signature)

BARGER & WOLEN LLP
633 W. FIFTH ST.
FORTY-SEVENTH FLOOR
LOS ANGELES, CA 90071
(213) 680-2800

PROOF OF SERVICE

***Steadfast Insurance Company v. Southwestern Equipment, LLC***

**USDC-SD Case No.: 08 CV 0959 JAH LSP**

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is: Barger & Wolen LLP, 633 West Fifth Street, 47th Floor, Los Angeles, California 90071-2043.

On **September 4, 2008**, I served the foregoing document(s) described as follows on the interested parties in this action by placing [ ] the original [x] a true copy thereof enclosed in sealed envelope addressed as stated in the attached mailing list.

**(1) THE PARTIES' JOINT STIPULATION TO SET ASIDE THE ENTRY OF DEFAULT AGAINST DEFENDANT SOUTWESTERN EQUIPMENT, LLC; and**

**(2) [PROPOSED] ORDER SETTING ASIDE THE ENTRY OF DEFAULT AGAINST DEFENDANT SOUTHWESTERN EQUIPMENT, LLC**

[X] **BY MAIL**

[X] I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with U.S. Postal Service on that same day with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postage cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

[ ] **BY FACSIMILE**

[ ] By transmitting an accurate copy via facsimile to the person and telephone number as listed on the attached service list.

[X] **(FEDERAL)** I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made. Executed at Los Angeles, California on **September 4, 2008**.

NAME: ANITA VARELA

Anita Varela
(Signature)

BARGER & WOLEN LLP
633 W. FIFTH ST.
FORTY-SEVENTH FLOOR
LOS ANGELES, CA 90071
(213) 680-2800

**Service List**
***Steadfast Insurance Company v. Southwestern Equipment, LLC***
**USDC-SD Case No.: 08 CV 0959 JAH LSP**

John M. Turner
TURNER & MAASCH, INC.
550 West C Street, Suite 1150
San Diego, CA 92101
Telephone: (619) 237-1212;
Fax: (619) 237-0325

BARGER & WOLEN LLP
633 W. FIFTH ST.
FORTY-SEVENTH FLOOR
LOS ANGELES, CA 90071
(213) 680-2800

-2-

08 CV 0959 JAH LSP