UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **STEADFAST INSURANCE COMPANY**, a Delaware corporation,<br><br>         Plaintiff,<br><br>vs.<br><br>**SOUTHWESTERN EQUIPMENT, LLC**, a California limited liability company,<br><br>         Defendant. | **CASE NO.: 08 CV 0959 JAH LSP**<br><br>**ORDER SETTING ASIDE THE ENTRY OF DEFAULT AGAINST DEFENDANT SOUTHWESTERN EQUIPMENT, LLC**<br><br>Complaint Filed:   May 30, 2008 |

08 CV 0959 JAH LSP

# ORDER SETTING ASIDE THE ENTRY OF DEFAULT AGAINST DEFENDANT SOUTHWESTERN EQUIPMENT, LLC

The parties, by and through their attorneys of record, having jointly stipulated to setting aside the entry of default against Defendant Southwestern Equipment, LLC ("Southwestern"), and for Good Cause showing:

**IT IS HEREBY ORDERED** that the entry of default against Southwestern is hereby set aside, and that Southwestern is to file an answer to the Complaint in this action within five (5) calendar days of the signing of the parties' Joint Stipulation.

DATED: September 5, 2008   _____
JOHN A. HOUSTON
UNITED STATES DISTRICT JUDGE

-1-   **08 CV 0959 JAH LSP**