John M. Turner (CSB# 080769)
Mark A. Maasch (CSB# 120637)
TURNER & MAASCH, INC.
550 West C Street, Suite 1150
San Diego, California 92101
Telephone: (619) 237-1212
Facsimile: (619) 237-0325

Attorneys for Defendants SOUTHWESTERN EQUIPMENT, LLC, a California limited liability company

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEADFAST INSURANCE COMPANY, a Delaware corporation,<br><br>Plaintiff,<br><br>vs.<br><br>SOUTHWESTERN EQUIPMENT, LLC, a California limited liability company,<br><br>Defendants. | Case No.: 08 CV 0959 JAH LSP<br><br>ANSWER TO COMPLAINT |

Comes now, SOUTHWESTERN EQUIPMENT, LLC, a California limited liability company ("Southwestern"), and answers the complaint of plaintiff STEADFAST INSURANCE COMPANY, a Delaware corporation ("Steadfast"), as follows:

**JURISDICTION & VENUE**

1. <u>Jurisdiction</u>. Admit.

2. <u>Venue</u>. Admit.

**PARTIES**

3. Admit.

4. Admit

1170.39\b\01                                                1                                    ANSWER TO COMPLAINT

## COMMON ALLEGATIONS

5. Admit

6. Admit

7. Admit, insofar as the allegation the complaint correctly states the written terms of endorsement number 8.

8. Admit. Steadfast contends it is owed additional premiums, but this answering defendant denies that such premiums are actually due and owing.

9. Deny.

10. Deny.

11. Admit. Southwestern has not made payment of the amount because Southwestern disputes the amount claimed owed by Steadfast.

## FIRST CAUSE OF ACTION

## (BREACH OF CONTRACT)

12. Southwestern reincorporates answers 1 through 11.

13. Deny.

14. Deny.

## SECOND CAUSE OF ACTION

## (ACCOUNT STATED)

15. Southwestern reincorporates answers 1 through 11.

16. Deny.

17. Deny.

## THIRD CAUSE OF ACTION

## (MONEY HAD AND RECEIVED)

18. Southwestern reincorporates answers 1 through 11.

19. Deny.

20. Deny.

1170.39\b\01

2

ANSWER TO COMPLAINT

## AFFIRMATIVE DEFENSES

Defendants allege the following Affirmative Defenses to the Complaint:

### First Affirmative Defense

The Complaint and each purported claim for relief alleged therein fails to state facts sufficient to state a claim for which relief can be granted against these answering Defendants.

### Second Affirmative Defense

Plaintiff is stopped from instituting the instant action through their failure to assert their rights in a timely fashion, resulting in injury to these answering Defendants, and all of which bars Plaintiff from recovery.

### Third Affirmative Defense

Plaintiff, by its acts and conduct, has waived any and all claims as alleged in the Complaint.

### Fourth Affirmative Defense

Any and all claims as alleged in the Complaint are barred by the doctrine of laches.

### Fifth Affirmative Defense

The claims for relief set forth in the Complaint are barred by virtue of the applicable statutes of limitations.

WHEREFORE, Defendants pray for judgment as follows:

1. That the claims of Plaintiff be dismissed, with prejudice;
2. That Plaintiff take nothing by this action;
3. That judgment be entered against Plaintiff in favor of Defendants;
4. That Defendants be awarded costs of suit incurred herein; and
5. For such other and further relief as this Court deems just and proper

Dated: 9-8-08

TURNER & MAASCH, INC.

By: _____
John M. Turner
Mark A. Maasch
Attorneys for Defendants
SOUTHWESTERN EQUIPMENT, LLC, a
California limited liability company

1170.39\b\01

3

ANSWER TO COMPLAINT

# PROOF OF SERVICE

I am employed in the County of San Diego, California; I am over the age of 18 years, and am not a party to the within action. My business address is 550 West C Street, Suite 1150, San Diego, California 92101.

On **September 8, 2008**, following ordinary business practice, I served the foregoing documents, described as the **ANSWER TO COMPLAINT,** on the following interested parties in this action:

> Larry M. Golub
> **BARGER & WOLLEN LLP**
> 633 W. 5TH Street, 47th Floor
> Los Angeles, CA 90071-2043

by the following means:

☐ [BY PERSONAL SERVICE] I caused to be hand delivered a true and correct copy of the document above-identified to the counsel of record as identified above.

X [BY MAIL] I am readily familiar with my employer's business practice for collection and processing of correspondence for mailing with the United States Postal Service by placing on that date at my place of business, a true copy thereof, enclosed in a sealed envelope, for collection and mailing with the United States Postal Service where it would be deposited with the United States Postal Service that same day in the ordinary course of business.

☐ [BY FACSIMILE] By transmitting at ___ ___.m., via facsimile from sending machine number (619) 237-0325, the document(s) listed above to the fax number(s) set forth above, or as stated on the attached service list. The transmission was reported as complete and without error, and a copy of the transmission report, properly issued by our transmitting machine, is attached hereto.

Executed on **September 8, 2008**, at San Diego, California.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

_____
Rachel Harmon